1  TYLER J. WATSON, ESQ.
   Nevada Bar No. 11735
2  CHRISTIAN, JOHNSON, SLUGA,
3  & MUSHMECHE, LLC
   8985 So. Eastern Avenue, Suite 200
4  Las Vegas, Nevada  89123
   Telephone:     (702) 362-6666
5  Facsimile:     (702) 362-2203
   *Attorneys for Defendant*
6  *BROTHERHOOD MUTUAL INSURANCE*
7  *COMPANY*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHARON STOLTZFUS,<br><br>                    Plaintiff<br><br>vs.<br><br>BROTHERHOOD MUTUAL INSURANCE COMPANY, an Indiana insurance company; and ROE BUSINESS ENTITIES I to X, inclusive; collectively,<br><br>                    Defendant | Case No.:   2:23-cv-01100-CDS-BNW<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

COMES NOW, Defendant BROTHERHOOD MUTUAL INSURANCE COMPANY (hereinafter "Defendant"), by and through its counsel of record, the law firm of CHRISTIAN, JOHNSON, SLUGA & MUSHMECHE, LLC, and Plaintiff, SHARON STOLTZFUS, by and through her counsel of record, LOBELLO LAW OFFICES LLC and GALLIAN WELKER & ASSOCIATES, LC, and hereby stipulate to dismiss all of Plaintiff's claims against Defendant in

. . .

. . .

the above-referenced matter **with prejudice.** Each party shall bear its own fees and costs.

     **IT IS SO STIPULATED.**

Dated this 19th day of February, 2025.　　Dated this 19th day of February, 2025.

**CHRISTIAN, JOHNSON, SLUGA, & MUSHMECHE, LLC**　　**LOBELLO LAW OFFICES LLC**

*/s/ Tyler J. Watson, Esq.*
TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123
*Attorneys for Defendant*

*/s/ C. Conrad LoBello, Esq.*
CHARLES LOBELLO, ESQ.
Nevada Bar No. 5052
1785 East Sahara Ave., Ste. 157
Las Vegas, Nevada 89104
And
MICHAEL I. WELKER, ESQ
Nevada Bar No. 7950
730 Las Vegas Blvd., S., Ste. 104
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge

Dated: February 20, 2025

2